UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAKURA MAJOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-219** |
| **ST. BERNARD PARISH PRISON, ET AL.** | **SECTION "L" (2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Lakura Major's 42 U.S.C. § 1983 claims are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 5th day of August 2024.

_____
UNITED STATES DISTRICT JUDGE